# EXHIBIT 1

# AFFIDAVIT OF COMPLAINT

AFFIDAVIT AND ORDER

IN THE SMALL CLAIMS COURT OF RENO TOWNSHIP IN AND FOR
THE COUNTY OF WASHOE, STATE OF NEVADA
(775) 325-6501
Fax: (775) 325-6715

**Plaintiff**
Lee D. Hustead

**Phone No.**
775 502 8500   or   775 420 8281

VS

**Defendant**
General Electric Company via its Nevada
Resident Agent - Corporation Trust
Company of Nevada

**Phone No.**
1 800 325 2671

Dept No. _____
Case No. RSC2018-001082
Calendared 1/3/2019
Filed 12/4/2018

## AFFIDAVIT OF COMPLAINT

STATE OF NEVADA, COUNTY OF WASHOE

I, the undersigned Lee D. Hustead _____ (Affiant) residing at 946 University Place, Reno, NV 89512 _____,
being sworn, say, either upon my knowledge or my information and belief, defendant(s) is (are) indebted to the plaintiff in the sum of:
$ 1200 ____, plus court costs for the following reason(s):

commencing about Feb 1, 2016 and ending when this dispute is resolved, because my true service time with GE is not being used for QDRO computations.

This declarant has demanded payment of said sum. The defendant(s) refused to pay the same and no part has been paid. At the commencement of this action defendant ☐ RESIDES, ☑ DOES BUSINESS, OR ☐ IS EMPLOYED IN THE RENO TOWNSHIP.

Subscribed and Sworn to before me this
Date: _____
Reno, Nevada

Among other business in this township the GE Pension Trust pay's Plaintiff Lee his earned pension for 32 years of service via the GE Space Division.

_____
DEPUTY CLERK/NOTARY

_____
PLAINTIFF OR DECLARANT

## ORDER

THE PEOPLE OF THE STATE OF NEVADA, to the within-named defendant(s): You are hereby directed to appear and answer the foregoing claim, in the entitled court at:

**THE RENO JUSTICE COURT, ONE SOUTH SIERRA STREET, RENO, NEVADA**

On 1/3/2019 _____ at 11:15 am reset for _____ at ____
reset for _____ at ____ reset for _____ at ____

PLAINTIFF AND DEFENDANT SHOULD EACH BRING ALL BOOKS, PAPERS AND WITNESSES NEEDED. DEFENDANTS, FOR MORE INFORMATION ON WHAT TO DO NEXT; SEE THE BACK OF THIS PAPER. THE CLERKS AND JUDGES **MAY NOT** GIVE YOU LEGAL ADVICE.

Filed on _____ at ____ reset for _____ at ____
reset for _____ at ____ reset for _____ at ____

DEXTER THOMAS
CLERK OF THE COURT

By _____
Deputy Clerk

RJC-30 (9/10)

# CERTIFICATE OF PERSONAL SERVICE

State of Nevada, County of Washoe

The undersigned, declares: I as, at the time of the service of the papers herein referred to, over the age of eighteen years and not a party to this action: I served the Declaration and Order in this action by delivering to and leaving with the persons hereinafter named, a copy, at the address and on the date set forth opposite each name below, in Washoe County, Nevada:

| **Name of Person Served** | **Street Address and City Where Served** | **Date of Service** |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Place of Service was _____ a business _____ residence of party served _____ other, specify
_____

Fee for service $_____  Mileage $_____  Total $_____

I declare under penalty of perjury that the foregoing is true and correct.

_____          _____
Signature of person making affidavit                                    Agency Name

                                                                                          _____
                                                                                          Agency License Number

## INFORMATION FOR DEFENDANTS IN SMALL CLAIMS ACTIONS

1. **NON-APPEARANCE**: YOU HAVE BEEN SERVED AN ORDER OF THE COURT TO APPEAR FOR MEDIATION IN AN ACTION FILED AGAINST YOU IN THE SMALL CLAIMS COURT OF Reno TOWNSHIP.  IF YOU DO NOT WISH TO CONTEST THE PLAINTIFF'S CLAIM YOU MAY: a) MAKE AN OUT-OF-COURT SETTLEMENT WITH PLAINTIFF BEFORE THE COURT DATE OR b) MAKE NO APPEARANCE AT THE TIME, IN WHICH CASE THE PLAINTIFF MAY BE GIVEN A JUDGMENT BY DEFAULT FOR THE AMOUNT CLAIMED, PLUS COSTS.

2. **DEFENSES**: IF YOU WISH TO CONTEST THE CLAIM AGAINST YOU, YOU MUST APPEAR ON THE DATE SET FOR MEDIATION WITH ALL BOOKS, PICTURES, PAPERS, ETC.  NEEDED TO ESTABLISH YOUR DEFENSE.

3. **COUNTERCLAIMS**: IF YOU BELIEVE EITHER a) THE PLAINTIFF OWES YOU MORE MONEY THAN YOU OWE PLAINITFF OR b) PLAINTIFF'S CLAIM SHOULD BE REDUCED BY A SUM PLAINTIFF OWES YOU, YOU MUST FILE A COUNTERCLAIM. IF YOU WANT TO FILE A COUNTERCLAIM, CONTACT THE CIVIL CLERK AS SOON AS POSSIBLE.  THE PLAINTIFF WILL BE ENTITLED TO 10 DAYS NOTICE OF YOUR COUNTERCLAIM.

4. **10 DAYS NOTICE**: YOU ARE ENTITLED TO BE SERVED WITH THIS "DECLARATION AND ORDER" AT LEAST 10 DAYS BEFORE THE MEDIATION DATE.  IF YOU ARE SERVED LESS THAN 10 DAYS BEFORE TRIAL, YOU MAY a) APPEAR AND REQUEST A CONTINUANCE OR b) APPEAR AND WAIVE YOUR STATUTORY RIGHT TO SUCH SERVICE, AND PROCEED WITH THE MEDIATION.

5. **EVIDENCE**: AT THE MEDIATION DATE PLEASE BRING TWO SETS OF COPIES OF ANY DOCUMENTS, PICTURES, STATEMENTS, ETC. THAT YOU WILL PRESENT.   ONE SET OF DOCUMENTS WILL BE FOR THE PLAINTIFF AND THE OTHER SET FOR THE COURT SHOULD THE CASE NOT BE ABLE TO BE MEDIATED AND NEED TO BE SET FOR TRIAL.

6. IF YOU HAVE ANY FURTHER QUESTIONS CALL THE COURT AT  775-325-6501

IN THE SMALL CLAIMS COURT OF RENO TOWNSHIP IN AND FOR

THE COUNTY OF WASHOE, STATE OF NEVADA

FILED

2018 DEC -4 PM 1:17



CASE NO RSC2018-001082

DEPT NO._____

CT DATE   1/3/2019

CT TIME   11:15 AM

(PLEASE TYPE OR PRINT NEATLY)

PLAINTIFF Lee Hustead     (full name Lee David Hustead)

ADDRESS 946 University Place, Reno Nevada, 89512     (INCLUDE CITY, STATE AND ZIP)

HOME PHONE # 775 502 8500     Mobile WORK PHONE # _____ INCLUDE AREA CODE

DEFENDANT General Electric,

RESIDENT AGENT Corporation Trust Company of Nevada

(if applicable)

ADDRESS 701 S Carson City, NV 89701-5239     (INCLUDE CITY, STATE AND ZIP)

PHONE #  1- 800 - 325 - 2671     (INCLUDE AREA CODE)

DEFENDANT'S EMPLOYMENT  NA

DEFENDANT ☐ RESIDES, ☑ DOES BUSINESS, OR ☐ IS EMPLOYED IN THE RENO TOWNSHIP.

AMOUNT OF SUIT $ 1200     (DO NOT INCLUDE COSTS TO FILE & SERVE THIS SUIT).

BRIEFLY STATE THE REASON Plaintiff presents clear evidence (created by GE) for 31.829 years of service. GE Retirement Plan (Definition of Terms) asserts also that "Credited Service" includes "plus the employee's first year of service" ... when "enrolls promptly". GE HR declines to answer the mail.

HAVE YOU EVER SUED EACH OTHER BEFORE?

YES ☐     NO ☑     WHEN?_____ WHERE?_____

BELOW STATE ALL DETAILS INVOLVING YOUR CASE, INCLUDING DATES, NAMES AND LOCATIONS.

Beginning with divorce in 2005 plaintiff Lee paid ex wife Marjorie an amount "in lieu of QDRO". Commincing in early 2016 ex wife Marjorie filed for QDRO. The GE Human Relations QDRO Department at "One River Road, Schenectady, NY 12345" has to date based their QDRO computations on less than proper service time that rounds down to 368 months.

Plaintiff sent GE Human Relations his complaint attached here as Exhibit A on Sep 19, 2018 by registered US Postal Service mail. That letter went unanswered by any means (mail, phone, etc.) Plaintiff Lee sent GE Human Relations his complaint again attached here as Exhibit B on Nov 8, 2018 (again by registered mail) and it too has gone unanswered.

(USE THE BACK IF NECESSARY)

Lacking reply to plaintiff's mail, Lee has no explicit words of GE as to the basis for their use of 368 months rather than 382 months but it could derive from the denial of his first year of service with GE.  If that be the case the explicit terms of the Pension Plan is clear that for Lee: "Credited Service" includes "plus the employee's first year of service".

What lee requests of the court at this time is simply a court order that GE respond in writing to Lee ** (copy to court) within 30 days of the courts order or incur a debt to Lee of 1$ the first following day increasing by 1$ per day every day thereafter.  Perhaps GE has some legitamate basis for their denial of plaintiff's claim, but lacking communicaions of their basis niether Lee nor any court can evaluate those claims versus the explicit words of the Pension Plan and the GE Letter to Lee of May 1, 2000.

** Answer to letters sent to GE on Sep 26 and Nov 8 of 2018 by registered mail.

Lee will serve a copy of this claim upon the Nevada registered agent of the General Electric company as entered here above.   Lee will send copies of this claim and it's attachments by registered mail to  GE HR at One River Road in Schenectady, NY,  the GE Legal Department at One River Road in Schenectady, NY,  the General Electric Pension Trust in Stamford, Connecticut, and by email to the GE QDRO Agent  Morneau Shepell.

# Exhibit A

Letter sent to GE HR Services on Sep 26, 2018 — Consisting of five pages following.

First Page — The Letter of Sep 26, 2018

Second Page — Exhibit 1 of the Sep 26, 2018 Letter

Third Page — Exhibit 2 of the Sep 26, 2018 Letter

Fourth Page — Exhibit 3 of the Sep 26, 2018 Letter

Fifth Page — Copy of Email sent Nov 19, 2018

*SEP 26, 2018 Letter*

GE HR Services
One River Road
Schenectady, NY 12345

Subject: Your letter to me (Lee Hustead) dated Sep 19, 2018

Your subject letter above avoids confrontation with the facts and the issues raised with your QDRO agent Morneau Shepell on July 9, 2018 **[Exhibit 1 attached]** nor does it explain why you apparently (per Morneau Sheppel reports to me) declined to answer their requests prior to this Sep 19 letter. A letter that fails to confront the issue as raised by me with Morneau Shepell by means of the GE Letter to me attached here as **[Exhibit 2]**.

Exhibit 2 is explicit in its statement that: "The pension Service shown above is the same as the Pension Service used to determine your current pension benefit". The content of this exhibit (your GE letter to me) **[Exhibit 2]** is **explicit** that my pension prior to May 1, 2000 was based on 31.829 years of pension service — you GE explicitly stated this exact amount: 31.829 years.

Furthermore this same GE letter **[Exhibit 2]** is equally explicit that the subsequent pension, after this May 1, 2000 increase, would reflect exactly the same 31.829 years of pension service, which rounds to 382 months (not 368 months as per your letter of Sep 19, 2018).

How can it be that (a) my pension service prior to May 1, 2000 was 31.829 years (your GE attestation), and that (b) my pension service after May 1, 2000 was 31.829 years (your GE attestation) but now it is no longer 31.829 years (rounds to 382 months) but instead has been reduced to 368 months while in point of fact my pension checks have been and remain unchanged by any alleged reduction in credited pension service?

Furthermore [1] it is noted that the pension plan sent to me on May 8, 2018 (by Morneau Shepell) and again on June 5, 2018 (by GE) asserts, at Section XXII (titled **GENERAL DEFINITIONS**) page 45 that **"Credited Service"** includes "**plus the employee's first year of service**, or so much thereof as may occur after August 31, 1946 in any case where the employee was participating in the plan on August 14, 1955 **or thereafter enrolls in the Plan promptly upon becoming eligible to do so**; provided in all cases that the employee thereafter remains continuously in the service until his death or retirement or until his right to a pension has vested under the provisions of Section XII. Does **"plus the employee's first year of service"** mean what it says and if not what does it mean with respect to Lee's years of service? (emphasis here following **General Definitions** added by Lee).

One last thing, Exhibit 3 is attached to document the most recent (after July 9 2018) history on this issue.

Sincerely,

*[signature]*

---

[1] All parties, GE and Lee and any court, recognizing please, Lee's incompetence in the realm of law, in the event of litigation on this issue.

EXHIBIT #1   Request for QDRO Corrections (9 Sep 26)

Morneau Shepell QDRO Administration
PO Box 534277
St. Petersburg, FL 33747

Dear Sirs,
 Thank you for your July 9 reply to my request of that same date. A very remarkable response time with all the information needed, my compliments.

 I agree with your computation that the applicable time married while contributing to the plan was and is 186 months. However my total years of pension service is, according to GE, 31.829 years ~~months~~ as shown in the attached letter from GE sent to me in year 2000. I volunteered for early retirement from GE Astro Space due to declined DOD business actuals and expectations and gained some retirement compensation. Using the standard month of 30.437 days in length, 31.829 years equals (31.829 yrs x 365.2422 days/year = 11,625.294 days which converts (using the standard 30.437 days/mo) to 381.94612 months, which in turn rounds to 382 months.

 As a consequence the marital fraction is properly 186/382 = 0.48691 rather than 0.505435. Accordingly the total marital benefit should be $2986.86 x 0.48691 = $1,454.33 rather than your $1486.96 + $22.70 = $1509.66. At 50% of this to ex spouse that result reduces then to $727.16 rather than your $743.48 per month. This in turn leaves the participant with a total of $2986.86 - $727.16 which is then $2259.70 rather than your $2232.03 per month.

 Please verify my calculations and correct for the payment mistakes made since your revised QDRO computation, referred to in your letter as the "Amended QDRO Award".

Thanks,  *Lee D Hustead*
       Lee D. Hustead
       946 University Place,
       Reno, NV  89512

*— of Sep 26*

# Exhibit 2 - Total Years of Pension Credit = 31.829 years copy.pdf

*365.2422 day/year*
*ave MO = 30.437 days*

II
LEE D HUSTEAD
RR1 BOX 63 6968
ELDORADO ONTARIO
CANADA K0K1Y0,

## Your Pension Increase

Your pension increase is effective May 1, 2000. The following information details the gross amount (before taxes and other deductions) of your pension increase on an annual and a monthly basis:

*check*

| Your Gross Annual Pension Increase: | Your Gross Monthly Pension Increase: |
|---|---|
| $445.61 | $37.13 |

Your pension increase was determined using the following information:

1. The year your pension benefit began:  1992
2. For each year of Pension Service,
   your gross annual increase is:  $14.00
3. Your total years of Pension Service:  31.829*

*$445.606*

Item 2 multiplied by item 3 equals your gross annual pension increase.

*The Pension Service shown above is the same as the Pension Service used to determine your current pension benefit.

*$381.946 months*
*Rounds to 382 Months*

JS1-A-ES1

Exhibit 3                          History - Revised as of Sep 26, 2018

July 9 - Sent letter request (by email to Morneau Shepell QDRO Processing) for details of their computation of ex-wife Marjorie's share of pension.

July 9 - You (Morneau Shepell) responded that same date (July 9). My compliments followed.

July 17 - I sent you (Morneau Shepell) my letter with compliments for your prompt reply of July 9 but complaining that your (Morneau Shepell) computation was in error because my total years of pension service was 31.829 years as specified to me by GE in their letter to me of May 1, 2000 wherein GE asserted "Your total years of pension service is 31.829* years" and "*The Pension service shown above is the same as the Pension Service used to determine your current pension benefits" and "item 2 ($14) multiplied by item 3 (31.829) equals your gross annual pension increase."

August 9 - I phoned you (Tonya @ Morneau Shepell) and Tonya investigated and asserted the delay on their part was because they were awaiting information requested from GE.

August 23 - Phoned and spoke with Renee. She investigated and said she had brought the issue up again with someone there at Morneau Shepell and your office (Morneau Shepell) would respond soon.

Sep 4 - I phoned Morneau Shepell and spoke with Tonya. Once again she investigated the records and asserted they were still awaiting a response from General Electric, and perhaps I should phone them on 1 800 432 3450.

Sep 4 - I phoned GE and was eventually connected to a "Mark" (no last name or ID number - who asserted he was the only "Mark" in the pension department). After some 10 minutes or more of his investigation he said he would have to speak to someone ( an "Alexi??" in the QDRO department and after that he would phone me on 775 502 8500.

Sep 5 - GE did not phone me per Sep 4 (above) so I phoned and spoke with Gary who stated that a letter to me on the issue had been prepared, but has to go through GE Legal and that would take 1 to 2 weeks from that date.

*COPY OF Email*

**QDRO Service Time** – Attention GE HR Services, One River Road, Schenectady, NY 12345

**Hustead Lee** <god4lh@me.com>    November 19, 2018 at 09:31 
To: Benefit.forms@GE.com   Cc: GE QDRO <qdroprocessing@morneaushepell.com>
QDRO Service Time - Attention GE HR Services, One River Road, Schenectady, NY 12345

Dear Sirs,

In the past few months I have sent you (GE HR Services) two letters, repeated by attachment in this email, both sent by USPS registered mail. To this date I have not received any answer by mail, phone or email.

Just to be as certain as possible on the issue in dispute, it is not the amount of my pension, it is simply and purely the computation of my service time with GE as used by your agent Morneau Shepell QDRO Processing who have bucked the issue in dispute to you (GE HR) many months ago.

It would be a waste of my time and your money to have to pursue the issue in our USA courts of law, but failure to communicate with me on this issue may leave me with no other choice.

The Pension Plan sent by you (also sent to me by Morneaushepell), its Section XXII defininition of terms, and your letter to me of May 2000 are mutually in agreement as to my pension service. I propose we should proceed in accordance with the facts on record here.

Sincerely    Lee Hustead    Last 4 of SS = 6799


Lee Hustead                Phone 775 502 8500   or   775 420 8281
946 University Place       Email Lee4LH@me.com   or   GOD4LH@me.com
Reno, Nevada  89512


Click to Download                 Click to Download
Letter to GE Nov 8,2018.pdf       Letter to GE HR of Sep 26, 2018.pdf
19.6 MB                           19.5 MB

# Exhibit B

Copy of Letter to GE Sent by Registered Mail on Nov 8, 2018

GE HR Services
One River Road
Schenectady, NY 12345

Lee Hustead
946 University Place
Reno, Nevada 89512

Dear Sirs,

I sent you the letter attached here as Exhibit C by certified mail on Sep 28, 2018. Exh A/B demonstrates by certified mail receipt and the USPS tracking number that you received this letter on Oct 2, 2018. As of today, Nov 7, 2018 I have yet to receive a written reply.

This letter and its exhibits are, to the best of my ability, a presentation of facts, not opinions. And I have tried to present them in a factual fashion (as opposed to contentious and argumentative). Yet as of today (Nov 8, 2018), over a month later, I have yet to receive a reply.

I submit that my presentation of facts in writing, deserves a written reply addressing factual points that may be in dispute.

Excuse me please if I become a tad contentious, but your Section XXII of the applicable Benefit Plan is labeled **"General Definitions"** During my career with GE the part of a contract labeled "Definitions" dominated as to any dispute as to the meaning of contract terms. Subitem (9) there is explicit that:

**"Credited Service"** includes "**plus the employee's first year of service**, or so much thereof as may occur after August 31,1946 in any case where the employee was participating in the plan on August 14, 1955 **or thereafter enrolls in the Plan promptly upon becoming eligible to do so**;"

That immediately above is not meant to suggest other points of my previous letter are inferior in any way, but rather that - - why is there doubt and procrastination? If my service time in year 2000 was 382 months (GE letter of May 1, 2000) on what basis has it subsequently been reduced?

Sincerely,  *[signature]*
Lee D. Hustead, Nov 8, 2018



EXHIBIT A/B

(A)



(B)

EXHIBIT C

GE HR Services
One River Road
Schenectady, NY 12345

Subject: Your letter to me (Lee Hustead) dated Sep 19, 2018

Your subject letter above avoids confrontation with the facts and the issues raised with your QDRO agent Morneau Shepell on July 9, 2018 [Exhibit 1 attached] nor does it explain why you apparently (per Morneau Sheppel reports to me) declined to answer their requests prior to this Sep 19 letter. A letter that fails to confront the issue as raised by me with Morneau Shepell by means of the GE Letter to me attached here as [Exhibit 2].

Exhibit 2 is explicit in its statement that: "The pension Service shown above is the same as the Pension Service used to determine your current pension benefit". The content of this exhibit (your GE letter to me) [Exhibit 2] is explicit that my pension prior to May 1, 2000 was based on 31.829 years of pension service — you GE explicitly stated this exact amount: 31.829 years.

Furthermore this same GE letter [Exhibit 2] is equally explicit that the subsequent pension, after this May 1, 2000 increase, would reflect exactly the same 31.829 years of pension service, which rounds to 382 months (not 368 months as per your letter of Sep 19, 2018).

How can it be that (a) my pension service prior to May 1, 2000 was 31.829 years (your GE attestation), and that (b) my pension service after May 1, 2000 was 31.829 years (your GE attestation) but now it is no longer 31.829 years (rounds to 382 months) but instead has been reduced to 368 months while in point of fact my pension checks have been and remain unchanged by any alleged reduction in credited pension service?

Furthermore [1] it is noted that the pension plan sent to me on May 8, 2018 (by Morneau Shepell) and again on June 5, 2018 (by GE) asserts, at Section XXII (titled **GENERAL DEFINITIONS**) page 45 that **"Credited Service"** includes "**plus the employee's first year of service**, or so much thereof as may occur after August 31, 1946 in any case where the employee was participating in the plan on August 14, 1955 **or thereafter enrolls in the Plan promptly upon becoming eligible to do so**; provided in all cases that the employee thereafter remains continuously in the service until his death or retirement or until his right to a pension has vested under the provisions of Section XII. Does "**plus the employee's first year of service**" mean what it says and if not what does it mean with respect to Lee's years of service? (emphasis here following General Definitions added by Lee).

One last thing, Exhibit 3 is attached to document the most recent (after July 9 2018) history on this issue.

Sincerely,

*[signature: Lee Hustead]*

---

[1] All parties, GE and Lee and any court, recognizing please, Lee's incompetence in the realm of law, in the event of litigation on this issue.

Home | Forms | Announcements | FAQ | Contact Us

# NEVADA SECRETARY OF STATE
Barbara K. Cegavske

Search nvsos.gov... [GO]

ELECTIONS | BUSINESSES | LICENSING | INVESTOR INFORMATION | ONLINE SERVICES

SOS INFORMATION

# GENERAL ELECTRIC COMPANY

Q New Search | Manage this Business | $ Calculate List Fees | 🖨 Printer Friendly

## Business Entity Information

| | | | |
|---|---|---|---|
| Status: | Active | File Date: | 8/31/1946 |
| Type: | Foreign Corporation | Entity Number: | C452-1946 |
| Qualifying State: | NY | List of Officers Due: | 8/31/2019 |
| Managed By: | | Expiration Date: | |
| NV Business ID: | NV19461000165 | Business License Exp: | 8/31/2019 |

## Registered Agent Information

| | | | |
|---|---|---|---|
| Name: | THE CORPORATION TRUST COMPANY OF NEVADA | Address 1: | 701 S CARSON ST STE 200 |
| Address 2: | | City: | CARSON CITY |
| State: | NV | Zip Code: | 89701 |
| Phone: | | Fax: | |
| Mailing Address 1: | | Mailing Address 2: | |
| Mailing City: | | Mailing State: | NV |
| Mailing Zip Code: | | | |
| Agent Type: | Commercial Registered Agent - Corporation | | |
| Jurisdiction: | NEVADA | Status: | Active |

View all business entities under this registered agent

## Financial Information

| | | | |
|---|---|---|---|
| No Par Share Count: | 0 | Capital Amount: | $704,000,000.00 |
| Par Share Count: | 2,200,000,000.00 | Par Share Value: | $0.32 |

## Officers
☐ Include Inactive Officers

### Director - JOHN J BRENNAN

| | | | |
|---|---|---|---|
| Address 1: | 33*41 FARNSWORTH STREET | Address 2: | |
| City: | BOSTON | State: | MA |
| Zip Code: | 02210 | Country: | |
| Status: | Active | Email: | |

### Secretary - ALEXANDER DIMITRIEF

| | | | |
|---|---|---|---|
| Address 1: | 33*41 FARNSWORTH STREET | Address 2: | |
| City: | BOSTON | State: | MA |