# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| LEE HUSTEAD, | ) | 3:19-cv-00007-RCJ-WGC |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| GENERAL ELECTRIC, | ) | |
| Defendant. | ) | |

This matter is before the court on Plaintiff's Request to File Electronically (ECF No. 8).

Plaintiff requests permission to file, receive, and serve documents electronically in this case. Plaintiff provided certification that she is familiar with the CM/ECF tutorial and Electronic Filing Procedures, Best Practices, and with Part IC - Electronic Case Filing of the Local Rules of Practice of the United States District Court (ECF No. 13). The court finds that Plaintiff has demonstrated a basic understanding and familiarity with the CM/ECF filing system. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff shall contact the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

DATED: February 27, 2019.

_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE