LITTLER MENDELSON, P.C.
Attorneys At Law
200 S Virginia Street
8th Floor
Reno, NV 89501.1944
775 348 4888

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LEE HUSTEAD,<br><br>            Plaintiff,<br><br>vs.<br><br>GENERAL ELECTRIC,<br><br>            Defendant. | Case No. 3:19-00007-RCJ-WGC<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE AN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND FOR PLAINTIFF'S REPLY IN SUPPORT OF HIS MOTION FOR SUMMARY JUDGMENT; ORDER** |

Plaintiff LEE HUSTEAD, in *pro se*, and Defendant GENERAL ELECTRIC ("Defendant"), by and through its counsel of record, do hereby stipulate and agree to an extension of two (2) weeks to the deadline for Defendant to file an Opposition to Plaintiff's Motion for Summary Judgment and an extension of two (2) weeks to the deadline for Plaintiff to file his Reply in Support of Motion for Summary Judgment. Defendant's Opposition is currently due on March 27, 2020, and the parties agree to an extension up to and including April 10, 2020, due defense counsel's upcoming vacation from March 23-28, 2020. According to the standard briefing deadlines, Plaintiff's Reply would be due on April 24, 2020, but the parties agree to an extension up to and including May 8, 2020.

///

///

///

This Stipulation is made in good faith and not for purposes of delay. A trial date for this matter has not been set.

Dated: March 13, 2020

_____
LEE DAVID HUSTEAD

*Pro Se*

Dated: March 13, 2020

_____
SANDRA KETNER, ESQ.
LITTLER MENDELSON, P.C.

Attorney for Defendant
GENERAL ELECTRIC

**ORDER**

IT IS SO ORDERED.

Dated this 17th day of March, 2020.

_____
UNITED STATES DISTRICT JUDGE

4828-8747-3847.1 059100.1028

LITTLER MENDELSON, P.C.
Attorneys At Law
200S Virginia Street
8th Floor
Reno NV 89501-1944
775.348.4888

2.