SANDRA KETNER, ESQ., Bar # 8527
LITTLER MENDELSON, P.C.
200 S. Virginia Street
8th Floor
Reno, NV 89501.1944
Telephone: 775.348.4888
Fax No.: 775.786.0127
Email: sketner@littler.com

Attorneys for Defendant
GENERAL ELECTRIC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

LEE HUSTEAD,

    Plaintiff,

vs.

GENERAL ELECTRIC,

    Defendant.

Case No. 3:19-00007-RCJ-WGC

**ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE**

    Plaintiff, LEE HUSTEAD, representing himself in *pro per*, and Defendant, GENERAL ELECTRIC, by and through its counsel of record, hereby stipulate and respectfully request an order dismissing the entire action with prejudice.

///

///

///

///

LITTLER MENDELSON, P.C.
Attorneys At Law
200 S. Virginia Street
8th Floor
Reno, NV 89501.1944
775.348.4888

Each party shall bear its own costs and fees for the claims dismissed by this Stipulation and Order.

Dated: June 4, 2020

*(signature)*
LEE HUSTEAD
In Pro Person

June 3, 2020

*(signature)*
SANDRA KETNER, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
GENERAL ELECTRIC

## ORDER

**IT IS SO ORDERED.**

Dated: _____ June 15, _____ 2020.

*(signature)*
UNITED STATES DISTRICT COURT JUDGE

4828-8407-0841.1 059100.1028

2.

LITTLER MENDELSON, P.C.
Attorneys At Law
200 S. Virginia Street
8th Floor
Reno, NV 89501-2094
775.348.4888